UNITED STATES of America,
Plaintiff—Appellee,

v.

James Alexander SCOTT, Defendant—Appellant.

No. 09–6083.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 21, 2009.

Decided: May 28, 2009.

James Alexander Scott, Appellant Pro Se. Lawrence Joseph Leiser, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Before MOTZ, TRAXLER, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Alexander Scott appeals the district court's order denying relief on his 18 U.S.C. § 3582(c)(2) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Scott,* No. 1:99–cr–00405–1 (E.D. Va. filed Jan. 5, 2009 & entered Jan. 7, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the ma-

terials before the court and argument would not aid the decisional process.

*AFFIRMED.*